JOHN EDGAR, Appellant, v. MICHAEL GRAY, Respondent.

A defendant in replevin who recovers judgment. the jury failing to find the value of the property to exceed two hundred dollars. is nevertheless entitled to his costs, when the plaintiff's complaint states its value at a sum exceeding that amount.

APPEAL from the District Court of the Tenth Judicial District, Yuba County.

*G. N. Swezy*, for Appellant.
No brief on file.

*Aud* and *Montgomery*, for Respondent.
Referred to the case of Ward *v.* Center, 3 Johns , 272.

MURRAY, C. J., delivered the opinion of the Court. HEYDENFELDT, J., concurred.

This was an action in the Court below, under the statute of this State concerning the "claim and delivery of personal property."

Upon the trial, the jury found a verdict for defendant, from which, as well as the judgment for costs rendered thereon, the plaintiff appeals.

The first assignment of error is, that no judgment for costs should have been entered against the plaintiff, because the jury had not found the value of the property to exceed two hundred dollars,—is answered by the plaintiff's declaration, in which the *ad-damnum* is laid at two thousand eight hundred dollars, and having failed to recover, he will not be allowed to dispute his own admission.

The remaining grounds on which it is sought to reverse the judgment, are equally untenable. The evidence was amply sufficient to support the verdict, and the instructions of the Court are in the exact language of the statute.

Judgment affirmed, with costs.